# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| PRECIX, INC., on behalf of itself and all others similarly situated, | |
| Plaintiffs, | Civil Action No. 07-cv-01926-RBW |
| vs. | |
| AAA COOPER TRANSPORTATION; ARKANSAS BEST CORPORATION; ABF FREIGHT SYSTEMS, INC.; AVERITT EXPRESS, INC.; CON-WAY FREIGHT, INC.; ESTES EXPRESS LINES, INC.; FEDEX CORPORATION; FEDEX FREIGHT CORPORATION; FEDEX NATIONAL LTL, INC.; JEVIC TRANSPORTATION, INC.; OLD DOMINION FREIGHT LINE, INC.; OVERNITE CORPORATION; ROADWAY EXPRESS, INC.; R+L CARRIERS, INC.; SAIA, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHEASTERN FREIGHT LINES, INC.; SUN CAPITAL PARTNERS IV, LLC; UNITED PARCEL SERVICE, INC.; WATKINS MOTOR LINES; YELLOW TRANSPORTATION, INC.; YRC REGIONAL TRANSPORTATION, INC.; and YRC WORLDWIDE INC., | **NOTICE OF APPEARANCE** |
| Defendants. | |

Please enter my appearance as attorney of record for Defendant OLD DOMINION FREIGHT LINE, INC. in the above matter.

Dated:  November 9, 2007

CLIFFORD CHANCE US LLP
By: _____/s/_____
Julia C. Symon (D.C. Bar No. 456828)
2001 K St., N.W.
Washington, DC  20006

Telephone: (202) 912-5000
Facsimile: (202) 912-6000

Attorneys for Defendant Old Dominion Freight
Line, Inc.

WA411330.1