**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRECIX, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AAA COOPER TRANSPORTATION; ARKANSAS BEST CORPORATION; ABF FREIGHT SYSTEMS, INC.; AVERITT EXPRESS, INC.; CON-WAY FREIGHT, INC.; ESTES EXPRESS LINES, INC.; FEDEX CORPORATION; FEDEX FREIGHT CORPORATION; FEDEX NATIONAL LTL, INC.; JEVIC TRANSPORTATION, INC.; OLD DOMINION FREIGHT LINE, INC.; OVERNITE CORPORATION; ROADWAY EXPRESS, INC.; R+L CARRIERS, INC.; SAIA, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHEASTERN FREIGHT LINES, INC.; SUN CAPITAL PARTNERS IV, LLC; UNITED PARCEL SERVICE, INC.; WATKINS MOTOR LINES; YELLOW TRANSPORTATION, INC.; YRC REGIONAL TRANSPORTATION, INC.; and YRC WORLDWIDE INC.,<br><br>　　　　　Defendants. | Civil Action No. 07-cv-01926-RBW<br><br>**JOINT MOTION AND STIPULATION REGARDING RESPONSE TO COMPLAINT PENDING DECISION ON MDL MOTION** |

　　　Plaintiff and Defendants, by and through their counsel, hereby submit this Stipulation Regarding Response To Complaint Pending Decision on MDL Motion.

　　　WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about October 25, 2007;

　　　WHEREAS Plaintiff alleges price fixing of fuel surcharges for less-than truckload truck shipments;

WHEREAS other plaintiffs have filed at least forty-two other complaints in federal district courts around the country based on the same or similar allegations and naming some or all of the same defendants (collectively "the LTL Shipping Services Antitrust Cases");

WHEREAS at least four motions have been filed before the Judicial Panel on Multidistrict Litigation ("JPML") for the purpose of consolidating for pretrial purposes all of the LTL Shipping Services Antitrust Cases ("MDL No. 1895") in one district court pursuant to 28 U.S.C. § 1407;

WHEREAS the JPML will conduct a hearing on November 29, 2007 in MDL No. 1895 to determine whether and where the cases will be consolidated;

WHEREAS the parties anticipate that the cases will be transferred to a single federal district court and consolidated, and there will be a consolidated amended complaint;

WHEREAS the parties have agreed that an orderly schedule for any response to the pleadings, allowing for the transfer and consolidation of cases, would be more efficient for the parties and for the Court;

WHEREAS no prior extensions have been granted;

WHEREAS Plaintiff agrees that the deadline for Defendants to respond to the Complaint should be extended until the earliest of the following three dates: (1) forty-five days after the filing in the MDL transferee court of a Consolidated Amended Complaint in the LTL Shipping Services Antitrust Cases; or (2) forty-five days after Plaintiff provides written notice to Defendants that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court; or (3) such other date as set by the MDL transferee court;

WHEREAS Defendants agree that the defense counsel identified below will accept service on behalf of their clients of all complaints in this matter, including any amended or consolidated complaints, and that such Defendants shall not contest the sufficiency of process or service of process; provided, however, that this Stipulation does not constitute a waiver of

any other defense, including but not limited to the defense of lack of personal or subject matter jurisdiction, improper venue, or service of an improper entity; and

WHEREAS Plaintiff and Defendants agree that notwithstanding the above paragraphs, should any Defendant to whom this extension applies respond to a complaint in another of the LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter and, should any Defendant respond or undertake to respond to discovery or otherwise engage in facilitation of case management in another of the LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such Defendant shall engage in similar discovery or case management activity in this case.

THEREFORE, PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.  The deadline for the Defendants to respond to the Complaint shall be extended until the earliest of the following three dates: (1) forty-five days after the filing in the MDL transferee court of a Consolidated Amended Complaint in the LTL Shipping Services Antitrust Cases; or (2) forty-five days after Plaintiffs provide written notice to Defendants that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court; or (3) such other date as set by the MDL transferee court.

2.  The defense counsel identified below shall accept service on behalf of their clients of all complaints in this matter, including any amended or consolidated complaints, and such Defendants shall not contest the sufficiency of process or service of process; provided, however, that by entering into this Stipulation no Defendant waives any other defense, including but not limited to the defense of lack of personal or subject matter jurisdiction, improper venue, or service of an improper entity.

3.  Plaintiff and Defendants agree that notwithstanding the above paragraphs, should any defendant to whom this extension applies respond to a complaint in another of the

LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such defendant shall make a simultaneous response to the Complaint in the above-captioned matter. Plaintiff and Defendants also agree that, should any Defendant respond or undertake to respond to discovery or otherwise engage in facilitation of case management in another of the LTL Shipping Services Antitrust Cases prior to the date contemplated by this Stipulation, then such Defendant shall engage in similar discovery or case management activity in this case.

    IT IS SO STIPULATED.

Dated:  November 9, 2007                    BOIES, SCHILLER & FLEXNER LLP

By: _____/s/_____
Richard B. Drubel, Jr. (D.C. Bar No. 334359)
Tanya Chutkan (D.C. Bar No. 420478)
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone:  (202) 237-2727
Fax:  (202) 237-6131
E mail:  rdrubel@bsfllp.com
           Tchutkan@bsfllp.com

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Blvd., Ste 320
Philadelphia, PA  19102
Telephone:  (215) 814-6750
Fax:  (215) 814-6764
E mail:  abolognese@bolognese-law.com
           jgrabar@bolognese-law.com

Robert N. Kaplan
Linda P. Nussbaum
Gregory K. Arenson
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY  10022
Telephone:  (212) 687-1980
Fax:  (212) 687-7714
E mail:  rkaplan@kaplanfox.com
           lnussbaum@kaplanfox.com
           garenson@kaplanfox.com

Dianne M. Nast
RODA NAST PC
801 Estelle Dr
Lancaster, PA  17601
Telephone: (717) 892-3000
Fax: (717) 892-1200
E mail:  dnast@rodanast.com

Attorneys for Plaintiff Precix, Inc.

Dated: November 9, 2007

CLIFFORD CHANCE US LLP
By: _____/s/_____
Julia C. Symon (D.C. Bar 456828)
Leiv Blad (D.C. Bar No. 434450)
Boyd Cloern (D.C. Bar No. 471829)
2001 K St., N.W.
Washington, DC 20006

Attorneys for Defendant Old Dominion Freight Line, Inc. and signing on behalf of Defendants AAA Cooper Transportation; Arkansas Best Corporation, ABF Freight System, Inc., Averitt Express, Inc., Con-way Freight Inc., Estes Express Lines, Inc., FedEx Corporation, FedEx Freight Corporation, FedEx National LTL, Inc., Jevic Transportation, Inc., Roadway Express, Inc., R+L Carriers, Inc., SAIA, Inc., SAIA Motor Freight Line, L.L.C., Southeastern Freight Lines, Inc., Sun Capital Partners IV, LLC, United Parcel Service, Inc., Watkins Motor Lines, Yellow Transportation, Inc., YRC Regional Transportation, Inc, and YRC Worldwide Inc.

BRYAN CAVE LLP
W. Perry Brandt
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105-2100

Attorneys for Defendants SAIA, Inc. and SAIA Motor Freight Line, L.L.C.

HUNTON & WILLIAMS LLP
Ray V. Hartwell, III
1900 K. Street NW
Washington, DC 20006

Attorneys for Defendant Estes Express Lines, Inc.

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Samuel R. Miller<br>555 California Street, Suite 2000<br>San Francisco, CA  94104-1715<br><br>Steven A. Ellis<br>Michelle B. Goodman<br>555 West Fifth Street<br>Los Angeles, CA  90013<br><br>Attorneys for Defendants FedEx Corporation, FedEx Freight Corporation and FedEx National LTL, Inc. | BAKER, DONELSON, BEARMAN,<br>  CALDWELL & BERKOWITZ, PC<br>David B. Hall<br>1600 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL  35203<br><br>John G. Calender<br>Lincoln Square<br>555 Eleventh Street, N.W., Sixth Floor<br>Washington, D.C.  20004<br><br>Attorneys for Defendant R+L Carriers, Inc. |
| MILLER & MARTIN PLLC<br>G. Brian Jackson<br>1200 One Nashville Place<br>150 Fourth Avenue<br>Nashville, TN  37219<br><br>LATHAM & WATKINS LLP<br>Margaret M. Zwisler<br>Suite 1000<br>555 Eleventh Street, NW<br>Washington, DC  20004-1304<br><br>Charles H. Samel<br>Suite 4000<br>633 W. Fifth Street<br>Los Angeles, CA  90071<br><br>Attorneys for Defendant Averitt Express, Inc. | SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>John Nannes<br>1440 New York Avenue NW<br>Washington, D.C. 20005<br><br>NEXSEN PRUET ADAMS KLEEMEIER LLC<br>Marguerite S. Willis<br>1230 Main Street, Suite 700<br>Columbia, South Carolina 29201<br><br>Attorneys for Defendant Southeastern Freight Lines Inc. |

MORGAN, LEWIS & BOCKIUS, LLP
William P. Quinn, Jr.
Mark P. Edwards
1701 Market Street
Philadelphia, PA 19103

Attorneys for Defendants Jevic Transportation, Inc. and Sun Capital Partners IV, LLC

MORRISON & FOERSTER LLP
Paul T. Friedman
425 Market Street
San Francisco, CA 94105-2482

Gregory B. Koltun
555 W. Fifth Street, 35th Floor
Los Angeles, CA 90013

Attorneys for Defendant United Parcel Service, Inc.

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
3161 Michelson Drive
Irvine, CA 92612-4412

Joel S. Sanders
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Attorneys for Defendant Con-way Freight Inc.

HOWREY LLP
Robert G. Abrams
Sean Boland
Stephen Weissman
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

David G. Meyer
550 South Hope Street, Suite 1100
Los Angeles, CA 90071

Attorneys for Defendants Roadway Express, Inc., Yellow Transportation, Inc., YRC Regional Transportation, Inc. and YRC Worldwide Inc.

MAYER BROWN LLP
Richard J. Favretto
1909 K Street, N.W.
Washington, D.C. 20006-1101

John Nadolenco
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

Attorneys for Defendants
Arkansas Best Corp. and ABF Freight System, Inc.

HOLLAND & KNIGHT LLP
Jerome W. Hoffman
315 South Calhoun St, Suite 600
Tallahassee, FL  32301

Attorneys for Defendant Watkins Motor Lines

WARGO & FRENCH LLP
Michael S. French
David M. Pernini
Vanessa Bird Zelonka
1170 Peachtree Street, NE
Suite 2020
Atlanta, Georgia 30309

Attorneys for Defendant AAA Cooper Transportation