UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

January 14, 2008

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
 & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 1895 -- IN RE: LTL Shipping Services Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Hatten:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 27, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
          Deputy Clerk

Attachment
cc: Transferee Judge:    Judge William S. Duffey, Jr.
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 27 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 20, 2007, the Panel transferred 13 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William S. Duffey, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Duffey.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 20, 2007, and, with the consent of that court, assigned to the Honorable William S. Duffey, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 1:07-cv-01926-RBW    Document 6    Filed 02/06/2008    Page 3 of 7

# IN RE: LTL SHIPPING SERVICES ANTITRUST LITIGATION

MDL No. 1895

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ALABAMA NORTHERN**
ALN  6   07-1817             Mike Freeman Chevrolet-Buick, Inc. v. AAA Cooper Transportation, et al.

**CALIFORNIA CENTRAL**
CAC  2   07-6792             The Harman Press v. AAA Cooper Transportation, et al.
CAC  5   07-1411             Soup Bases Loaded, Inc. v. AAA Cooper Transportation, et al.

**CALIFORNIA NORTHERN**
CAN  3   07-5369             Pacific Coast Systems v. YRC Worldwide, Inc., et al.
CAN  3   07-5757             Douglas & Sturgess, Inc. v. Arkansas Best Corp., et al.
CAN  3   07-6276             Fayus Inc. v. Arkansas Best Corp., et al.

**CALIFORNIA SOUTHERN**
CAS  3   07-1812             Slater/Marinoff & Co. v. Arkansas Best Corp., et al.
CAS  3   07-1862             Andrea May v. United Parcel Service, Inc., et al.
CAS  3   07-1901             Hitch-It, Inc. v. Arkansas Best Corp., et al.
CAS  3   07-1902             Polymerics Inc. v. Arkansas Best Corp., et al.
CAS  3   07-1939             Don Walter Kitchen Distributors, Inc. v. Arkansas Best Corp., et al.
CAS  3   07-2103             William R. Jaworski, etc. v. Arkansas Best Corp., et al.
CAS  3   07-2118             Freeman Industries, LLC v. Arkansas Best Corp., et al.

**DISTRICT OF COLUMBIA**
DC  1   07-1780  RBW         Atlantis Caribbean Chemical Corp. v. AAA Cooper Transportation, et al.
DC  1   07-1803  RBW         Zaza, Inc. v. AAA Cooper Transportation, et al.
DC  1   07-1827  RBW         Alternative Rubber & Plastics, Inc. v. AAA Cooper Transportation, et al.
DC  1   07-1885  RBW         Thompson Trading Co. v. AAA Cooper Transportation, et al.
DC  1   07-1886  RBW         NuTex Manufacturing Co., LLC v. AAA Cooper Transportation, et al.
DC  1   07-1920  RBW         BB Limited v. YRC Worldwide, Inc., et al.
DC  1   07-1926  RBW         Precix, Inc. v. AAA Cooper Transportation, et al.
DC  1   07-1927  RBW         Ben Pearson Archery Co., Inc. v. AAA Cooper Transportation, et al.
DC  1   07-1937  RBW         Brewton Enterprises, Inc. v. AAA Cooper Transpiration, et al.

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

## INVOLVED COUNSEL LIST (CTO-1)

George C. Aguilar
ROBBINS UMEDA & FINK LLP
610 West Ash Street
Suite 1800
San Diego, CA 92101-3350

Lee Albert
MAGER & GOLDSTEIN LLP
1818 Market Street
Suite 3700
Philadelphia, PA 19103

Mario N. Alioto
TRUMP ALIOTO TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123

Donald Chidi Amamgbo
AMAMGBO & ASSOCIATES PLC
7901 Oakport Street, Suite 4900
Oakland, CA 94621

David Mills Arbogast
SPIRO MOSS BARNESS LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA 90064-1683

William M. Audet
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 34105

Judith Blackwell
BLACKWELL & BLACKWELL
584 Valle Vista Avenue
Oakland, CA 94610

W. Perry Brandt
BRYAN CAVE LLP
One Kansas City Place
1200 Main Street
Suite 3500
Kansas City, MO 64105

C. Dewey Branstetter Jr.
BRANSTETTER STRANCH & JENNINGS PLLC
227 Second Avenue, North
4th Floor
Nashville, TN 37201

Patrick E. Cafferty
CAFFERTY FAUCHER LLP
101 North Main Street
Suite 450
Ann Arbor, MI 48104

Tanya Chutkan
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, DC 20015-2015

Jay S. Cohen
SPECTOR ROSEMAN & KODROFF PC
1818 Market Street
Suite 2500
Philadelphia, PA 19103

A. Richard Feldman
BAZELON LESS & FELDMAN PC
1515 Market Street
Suite 700
Philadelphia, PA 19102

**MDL No. 1895 - Involved Counsel List (CTO-1) (Continued)**

Joseph H. Meltzer
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087

Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California St., Suite 2000
San Francisco, CA 94104

Julie W. O'Dell
BRYAN CAVE LLP
1200 Main St., Suite 3500
Kansas City, MO 64105-2100

Simon B. Paris
SALTZ MONGELUZZI BARRETT & BENDESKY PC
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103

Joshua Piovia-Scott
RANDALL R RENICK LAW OFFICES
128 North Fair Oaks Ave., Suite 204
Pasadena, CA 91103

Randy R. Renick
LAW OFFICES OF RANDY RENICK
128 North Fair Oaks Ave., Suite 204
Pasadena, CA 91103

Brian J. Robbins
ROBBINS UMEDA & FINK LLP
610 West Ash St., Suite 1800
San Diego, CA 92101-3350

Richard P. Rouco
WHATLEY DRAKE & KALLAS LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35203-0647

Warren Rubin
LAW OFFICES OF BERNARD M GROSS PC
John Wanamaker Building, Suite 450
Juniper and Market Streets
100 Penn Square East
Philadelphia, PA 19107

Michael L. Schrag
MEADE & SCHRAG LLP
1816 Fifth Street
Berkeley, CA 94710

Harry Schulman
MILLS LAW FIRM
145 Marina Boulevard
San Rafael, CA 94901

Noah S. Silverman
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036

Julia C. Symon
CLIFFORD CHANCE US LLP
The William P. Rogers Bldg.
2001 K Street, NW
Washington, DC 20006-1001

Reginald Von Terrell
TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804

Frank C. Testa
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540

Robert Alan White
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540

Cadio Zirpoli
SAVERI & SAVERI INC
111 Pine Street
Suite 1700
San Francisco, CA 94111-5630

IN RE: LTL SHIPPING SERVICES ANTITRUST
LITIGATION

MDL No. 1895

## INVOLVED JUDGES LIST (CTO-1)

Hon. John E. Ott
U.S. Magistrate Judge
268 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Dale S. Fischer
U.S. District Judge
830 Edward R. Roybal Federal Building
  & Courthouse
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. Virginia A. Phillips
U.S. District Judge
George E. Brown, Jr. United States Courthouse
3470 Twelfth Street
2nd Floor
Riverside, CA 92501-3801

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
15-6588 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Roger T. Benitez
U.S. District Judge
4145 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. Thomas J. Whelan
U.S. District Judge
3155 Edward J. Schwartz U.S. Courthouse
940 Front Street, Suite 3155
San Diego, CA 92101

Hon. Reggie B. Walton
U.S. District Judge
2428 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Hon. George Z. Singal
Chief Judge, U.S. District Court
Edward T. Gignoux Federal Courthouse
2nd Floor
156 Federal Street
Portland, ME 04101-4152

Hon. John Corbett O'Meara
Senior U.S. District Judge
400 Federal Building
200 E. Liberty Street
Ann Arbor, MI 48104

Hon. Jerome B. Simandle
U.S. District Judge
United States District Court
Post Office Box 888
Camden, NJ 08101-0888

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver U.S. Courthouse Annex
110 Ninth Avenue South
Nashville, TN 37203

IN RE: LTL-SHIPPING SERVICES ANTITRUST LITIGATION

MDL No. 1895

## INVOLVED CLERKS LIST (CTO-1)

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Linda L. Jacobson, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

David J. Weaver, Clerk
P.O. Box 8199
Ann Arbor, MI 48107

William T. Walsh, Clerk
1050 Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08102

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816